**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WILLIAM LEE GRANT, II** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13747** |
| **CENTRAL INTELLIGENCE AGENCY, ET AL.** | **SECTION "T"(3)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this 30th day of December, 2019.

**GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE**